**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FREDERICK J. FISCHER, | No. 11-35595 |
| Plaintiff - Appellant, | D.C. No. 2:10-cv-01088-JCC |
| v. | |
| DAVID KENNEY, Medical Director, | MEMORANDUM[*] |
| Defendant - Appellee. | |

Appeal from the United States District Court
for the Western District of Washington
John C. Coughenour, District Judge, Presiding

Submitted March 12, 2013[**]

Before:     PREGERSON, REINHARDT, and W. FLETCHER, Circuit Judges.

Frederick J. Fischer appeals pro se from the district court's summary

judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his

serious medical needs.  We have jurisdiction under 28 U.S.C. § 1291.  We review

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

de novo, *Toguchi v. Chung*, 391 F.3d 1051, 1056 (9th Cir. 2004), and we affirm.

The district properly granted summary judgment on Fischer's narcolepsy and skin infection claims because Fischer failed to raise a genuine dispute of material fact as to whether defendant was deliberately indifferent to Fischer's condition. *See Jackson v. McIntosh*, 90 F.3d 330, 332 (9th Cir. 1996) (difference in opinion between the physician and the prisoner concerning the appropriate course of treatment does not amount to deliberate indifference to serious medical needs); *see also Toguchi*, 391 F.3d at 1057-58 (prison officials act with deliberate indifference only if they know of and disregard an excessive risk to an inmate's health or safety).

**AFFIRMED.**